UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RYAN PARKER, | : | |
| Petitioner, | : | Civ. No. 20-7384 (EP) |
| v. | : | **MEMORANDUM OPINION & ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

APPEARANCES:

Ryan Parker
71164-050
USP Florence - High
U.S. Penitentiary
P.O. Box 7000
Florence, CO  81226

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
Desiree Grace Latzer , Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

PADIN, District Judge

    WHEREAS, Ryan Parker filed a pro se motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, D.E. 1.  *See also United States v. Parker*, No. 17-cr-0414 (D.N.J. July 31, 2018); and

WHEREAS, the Court issued an amended order on July 27, 2022 directing the court reporter to produce and file certified transcripts of Petitioner's April 20, 2018 plea hearing and July 31, 2018 sentencing under Rule 7 of the Rules Governing Section 2255 Proceedings, D.E. 6; and

WHEREAS, mail sent to Petitioner at his address of record, USP – Hazelton, was returned as undeliverable, D.E. 8; and

WHEREAS, according to the Bureau of Prison's Inmate Locator, Petitioner has been transferred to USP Florence – High in Colorado.  Inmate Locator, *available at* https://www.bop.gov/inmateloc/# (last visited Aug. 11, 2022).  The Court will instruct the Clerk to update Petitioner's address on the docket and resend its July 27, 2022 Order to Petitioner's updated address; and

WHEREAS, Petitioner is advised that it is his responsibility to update his address with the Clerk's Office in the future, Local Civ. R. 10.1(a); and

WHEREAS, the United States Attorney's Office shall notify the person responsible for producing and serving the transcripts of Petitioner's updated address within 3 business days of this Order.

THEREFORE, IT IS on this   15th   day of   August  , 2022

ORDERED that the Clerk shall update Petitioner's address on the docket as follows:

>  Ryan Parker
>  71164-050
>  USP Florence - High
>  U.S. Penitentiary
>  P.O. Box 7000
>  Florence, CO  81226

; and it is further

ORDERED that the Clerk shall resend the Court's July 27, 2022 Order, D.E. 8, to Petitioner at his updated address. Petitioner is advised that it is his responsibility to update his address with the Clerk's Office in the future. Local Civ. R. 10.1(a); and it is further

ORDERED that the United States Attorney's Office shall notify the person responsible for producing and serving the transcripts of Petitioner's updated address within 3 business days of this Order; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


Dated: __8/15/2022____

```
_____
HONORABLE EVELYN PADIN
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY
```